DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES M. HEYWARD,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as trustee for IndyMac Indx Mortgage Loan Trust 2005-AR2,
Mortgage Pass-Through Certificates Series 2005-AR2,

Appellee.

No. 2D23-246

_____

September 22, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Manatee County; Edward Nicholas, Judge.

James M. Heyward, pro se.

Kimberly S. Mello of Greenberg Traurig, P.A., Orlando, for Appellee.


PER CURIAM.

Dismissed. *See Liano v. Dooley*, 207 So. 3d 231, 231 (Fla. 2d DCA
2015) ("Florida Rule of Appellate Procedure 9.130(a)(3) limits appellate
jurisdiction over nonfinal orders to those specifically listed in the rule.");
*Hitt v. Homes & Land Brokers, Inc.*, 993 So. 2d 1162, 1165 (Fla. 2d DCA
2008) ("[T]he list of appealable nonfinal orders in [rule 9.130(a)(3)] is
intended to be exhaustive.").

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.